◯ B 250B (CANB) – San Jose

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

**In re**  Bankruptcy Case No.

**Plaintiff**

Adversary Proceeding No.

**Defendant**

### SUMMONS AND NOTICE OF TELEPHONIC STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| **U. S. Courthouse and Federal Building** |
| **280 South First St., 3rd Fl.** |
| **San Jose, CA 95113-3099** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
|  |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a status conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| **Telephonic** | **Date and Time** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.** For request for personal appearance, refer to paragraph 5 of the order setting telephonic status conference.

*Clerk of the Bankruptcy Court*

By:

*Date*  *Deputy Clerk*

# CERTIFICATE OF SERVICE

I, _____ , certify that I am, and at all times during
      (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service process was made. I further certify that the service of this summons and a copy of the complaint was _____ by:
     (date)

G  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:




G  Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:




G  Residence Service: By leaving the process with the following adult at:




G  Publication: The defendant was served as follows: [Describe briefly]




G  State Law: The defendant was served pursuant to the laws of the State _____ ,
   as follows: [Describe briefly]                                                    (name of state)




Under penalty of perjury, I declare that the foregoing is true and correct.


_____          _____
            *Date*                                               *Signature*


| Print Name |  |  |
|---|---|---|
| Business Address |  |  |
| City | State | Zip |