# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **In re** MICHAEL R. & CHRISTINA M. COQUILLA | **Debtor** | Bankruptcy Case No. 09-50561 ASW |
| MICHAEL R. & CHRISTINA M. COQUILLA, | **Plaintiff** | |
| vs. | | |
| PLAZA HOME MORTGAGE, INC. AND LITTON LOAN SERVICING | **Defendant** | Adversary Proceeding No. 09-5199 ASW |

## SUMMONS AND NOTICE OF TELEPHONIC STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of Clerk
> U. S. Courthouse and Federal Building
> 280 South First St., 3rd Fl.
> San Jose, CA 95113-3099

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Moran Law Group, Inc.
> 1674 N. Shoreline Blvd., #140
> Mountain View, CA 94043

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a status conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room 3020 |
|---|---|
| **Telephonic** | **Date and Time** December 9, 2009 2:15 PM |

*ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS.*

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE. For request for personal appearance, refer to paragraph 5 of the order setting telephonic status conference.

Gloria L. Franklin
Clerk of the Bankruptcy Court

August 7, 2009     By: Lupe Barron, Deputy Clerk
Date

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during
                (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service process was made. I further certify that the service of this summons and a copy of the complaint was
_____ by:
  (date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State _____,
as follows: [Describe briefly]                                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
            *Date*                                                               *Signature*

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | Zip |