MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd. Suite 140
Mountain View, CA 94043
Tel.: (650) 694-4700  Fax: (650) 694-4818
Email: ccmoran@moranlaw.net

Attorney for Michael and Christina Coquilla

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Chapter 13 |
| MICHAEL R. AND CHRISTINA M. COQUILLA, | Bankruptcy No. 09-50561 |
| Debtors. | |
| MICHAEL R. AND CHRISTINA M. COQUILLA, | Adversary No. 09-5199 |
| Plaintiff s, | |
| vs. | Date: April 22, 2010 |
| PLAZA HOME MORTGAGE, INC. AND LITTON LOAN SERVICING, LLP | Time: 3 p.m. Place: 3020 |
| Defendants. | HON. ARTHUR S. WEISSBRODT |

**PLAINTIFFS RESPONSE TO MOTION TO ESTABLISH RESCISSION PROCEDURES**

Plaintiffs have no opposition to the establishment of rescission procedures nor to the calculation of the Net Rescission Amount. Plaintiffs oppose the proposed deadline of 60 days for Plaintiffs to effect a payoff of the Net Rescission Amount.

Given the current financial climate, the plaintiffs' status as Chapter 13 debtors, and

the changing nature of government programs which may facilitate a refinancing, the Coquilla's suggest that the court adopt the Net Rescission Amount and allow the debtors 12 months in which to effect a tender of the Net Rescission Amount, during which the debtors make a contractual payment to Defendant, to be applied to the Net Rescission Amount in the event of tender of the balance of the rescission amount. Defendant would not be prejudiced thereby, retaining its lien and gaining cash flow in the interim.

Establishment of rescission procedures should not be deemed to prejudice Plaintiffs claim for attorneys fees incurred in this proceeding.

MORAN LAW GROUP

Date: _____            _____
                                    CATHLEEN COOPER MORAN
                                    Attorney for Plaintiffs