Ronald D. Roup, Esq. (SBN 94495) ron@rouplaw.com
Kerre Baker Alberoli (SBN 159683) kerre@rouplaw.com
**ROUP & ASSOCIATES, A LAW CORPORATION**
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377; (949) 472-2317

Attorneys for Defendant and Cross-Complainant,
Litton Loan Servicing LP

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re:<br><br>MICHAEL R. COQUILLA and CHRISTINA M. COQUILLA,<br><br>Debtors.<br><br>MICHAEL R. COQUILLA and CHRISTINA M. COQUILLA,<br><br>Plaintiffs,<br><br>vs.<br><br>PLAZA HOME MORTGAGE, INC. and LITTON LOAN SERVICING, LLP,<br><br>Defendant(s). | Case No. 09-50561<br>Adv. No. 09-05199<br>Chapter 13<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AND CROSS-COMPLAINT**<br><br>*Adv. Complaint Filed: August 4, 2009* |

///

1

## STIPULATION FOR DISMISSAL

The parties hereby stipulate to the dismissal without prejudice of Plaintiffs Christina and Michael Coquilla's Complaint and the dismissal without prejudice of Defendant Litton Loan Servicing LP's Counter-Complaint and Cross-Complaint.

Dated: December 9, 2010

ROUP & ASSOCIATES,
A LAW CORPORATION

By: _____
Kerre Baker Albertoli, Esq.
Attorneys for Defendant,
Litton Loan Servicing LP

Dated: December 7, 2010

MORAN LAW GROUP

By: _____
Cathleen Cooper Moran, Esq.
Attorney for Plaintiffs,
Christina and Michael Coquilla

Dated: December ___, 2010

PROCOPIO, CORY, HARGREAVES & SAVITCH

By: _____
John D. Alessio, Esq.
Attorneys for Defendant,
Plaza Home Mortgage, Inc.

2

**STIPULATION FOR DISMISSAL OF COMPLAINT AND CROSS-COMPLAINT**

## STIPULATION FOR DISMISSAL

The parties hereby stipulate to the dismissal without prejudice of Plaintiffs Christina and Michael Coquilla's Complaint and the dismissal without prejudice of Defendant Litton Loan Servicing LP's Counter-Complaint and Cross-Complaint.

Dated: December ___, 2010

ROUP & ASSOCIATES,
A LAW CORPORATION

By: _____
Kerre Baker Albertoli, Esq.
Attorneys for Defendant,
Litton Loan Servicing LP

Dated: December ___, 2010

MORAN LAW GROUP

By: _____
Cathleen Cooper Moran, Esq.
Attorney for Plaintiffs,
Christina and Michael Coquilla

Dated: December 8, 2010

PROCOPIO, CORY, HARGREAVES & SAVITCH

By: _____
John D. Alessio, Esq.
Attorneys for Defendant,
Plaza Home Mortgage, Inc.

2

STIPULATION FOR DISMISSAL OF COMPLAINT
AND CROSS-COMPLAINT